# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-19-GF-BMM |
| Plaintiff, | |
| v. | **ORDER** |
| ENCORE SERVICES, LLC, ZACHARY BROOKE ROBERTS, MARTIN GASPER MAZZARA, and RICHARD LEE BROOME, | |
| Defendants. | |

THE COURT, having reviewed Defendants' Unopposed Joint Motion for Waiver of Appearance at Arraignment and accompanying Waivers of Personal Appearance, the United States having no objection thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants' Unopposed Joint Motion for Waiver of Appearance at Arraignment (Doc. 114) is GRANTED. The Court accepts the written waivers submitted by Defendants. Accordingly, Defendants need not personally appear at the January 10, 2017 arraignment.

IT IS FURTHER ORDERED that Eric Henkel, counsel for Defendants Zachary Brooke Roberts and Encore Services, LLC, shall be allowed to appear specially at the January 10, 2017 arraignment on behalf of Defendants Richard Lee Broome and Martin Gasper Mazzara.

DATED this 14th day of December, 2016.

Brian Morris
United States District Court Judge