IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>ENCORE SERVICES, LLC and<br>ZACHARY BROOKE ROBERTS,<br>MARTIN GASPAR MAZZARA, and<br>RICHARD LEE BROOME,<br><br>     Defendants. | CR-16-19-GF-BMM<br><br>**ORDER** |

Non-Party, The Chippewa Cree Tribe has moved for admission of Richard

J. Zack, (Mr. Zack), (Doc. 123), to practice before this Court in this case with

Maxon R. Davis, Esq. Mr. Zack's application appears to be in compliance with

L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Non-Party The Chippewa Cree Tribe's motion to allow Mr. Zack to appear

on its behalf (Docs. 123) is **GRANTED** on the following conditions:

1. Local counsel Mr. Davis  will be designated as lead counsel or as co-lead

counsel with Mr. Zack.   Mr. Zack must do his own work.  He must do his own

writing, sign his own pleadings, motions, briefs and other documents served or

filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Davis shall also shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Zack, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Zack.

DATED this 3rd day of January, 2017.


Brian Morris
United States District Court Judge