IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE SERVICES, LLC,<br>ZACHARY BROOKE ROBERTS,<br>MARTIN GASPER MAZZARA, and<br>RICHARD LEE BROOME<br><br>Defendants. | GF-16-19-GF-BMM-JTJ<br><br>**ORDER** |

**I. Synopsis**

The Chippewa Cree Tribe filed a motion to quash the subpoena duces tecum the Court issued on November 22, 2016, stating that (1) the Tribe's sovereign immunity relieved them from any requirement to respond to the subpoena and (2) the subpoena was oppressive and unreasonable. (Docs. 118, 98, 100.) Defendants opposed the motion. (Doc. 124.) The Court referred the Tribe's motion to the undersigned for disposition.

The undersigned held hearings on the Motion on January 17, 2017, and January 25, 2017. (Doc. 135.) The undersigned then ordered Defendants to submit a proposed amended subpoena. (Doc. 136.) Defendants filed the proposed amended subpoena on January 27, 2017. (Doc. 138.) The Tribe filed its response to the subpoena on February 3, 2017. (Doc. 143.) The undersigned held a status

conference on February 15, 2017. (Doc. 149.) During the status conference the Tribe agreed that the proposed amended subpoena was not unreasonable or oppressive because the Tribe had previously produced the documents the subpoena requests in a civil action to which it was a party. (4:14-cv-00063-BMM). Given this admission and the fact that the undersigned finds that the Tribe waived its sovereign immunity in this case by voluntarily producing documents to the United States in this case, the Tribe's motion is granted in part and denied in part.

## II. Analysis

Rule 17(c)(2) of the Federal Rules of Criminal Procedure states that a court may quash a subpoena if "compliance would be unreasonable or oppressive." The Court finds that based on the Tribe's statement that it has previously produced all of the documents Defendants seek in their proposed amended subpoena, compliance with the proposed amended subpoena would not be oppressive or unreasonable. Thus, the Court may grant the Tribe's motion only if it finds that the Tribe has sovereign immunity in this matter.

Tribes have sovereign immunity due to their status as dependant domestic nations. *United States v. James*, 980 F.2d 1314, 1319 (9th Cir. 1992). A tribe maintains this immunity unless it unequivocally waives it or Congress abrogates it. *Id*. A tribe waives its sovereign immunity in regard to producing documents relevant to a case when it voluntarily provides documents to a party. *Id*.

Here, the Tribe voluntarily produced documents relevant to this case to the United States. Thus, the Court finds that the Tribe waived its sovereign immunity and must respond to a subpoena that seeks documents in its possession relevant to this case.

For the reasons stated above the Court issues the following order:

1. The Tribe's Motion to Quash is granted in part and denied in part.

2.  The Tribe must respond to the Subpoena Duces Tecum to the extent described below:

    The Tribe shall produce the following records:

    **I.**

        A. Business committee/tribal council meeting minutes;

        B. Administration/administrative committee meeting minutes;

        C. Administration/administrative sub-committee meeting minutes;

        D. Administration/administrative Budget committee meeting minutes;

        E. Administration/administrative Budget Sub-committee meeting minutes;

        F. Budget committee meeting minutes;

        G. Budget Sub-committee meeting minutes;

        H. Executive committee meeting minutes;

        I. Administration/administrative committee meeting minutes;

        J. Executive session meeting minutes;

        K. Administration/administrative session meeting minutes

        L. Resolutions

    for any Tribe entity or organization, including First American Capital Resources LLC (FACR) and/or Plain Green, LLC, which reference the following:

        1. Encore Services, LLC;

        2. Zachary Roberts;

        3. Martin Mazzara;

        4. Lee Broome;

        5. Encore Service Corporation;

        6. Ideal Consulting, LLC;

        7. Trio Consulting, LLC;

8. Think Finance, Inc.;

9. Compensation to officers of Plain Green, FACR, Think Finance, the De

10. Settlement agreements between the tribe and Neal Rosette or Billi Anne Morsette ;

11. Severance agreements between the tribe and Neal Rosette or Billi Anne Morsette ;

The requested time period is during and between the years 2010 through 2013.

**II.**

Any records in its possession related to communications both, electronic and tangible, between Tribe members, including any business committee members/administrative members/executive committee members, which reference the above listed entities/individuals/items.

The requested time period is during and between the years 2010 through 2013.

Specifically, the Tribe shall produce any and all responsive communications, made to and from any email addresses, including:

1. Billi Anne Morsette: billianne@facrllc.com; billianne@plaingreenllc.com; suzanne@cct.rockyboy.org

2. Neal Rosette, Sr.: neal@facrllc.com; neal@plaingreenllc.com

3. Ted Russette, III (Board Member): trussette@cct.rockyboy.org

4. Ted Demontiney (Board Member): tdemontiney@cct.rockyboy.org; tdemontiney@yahoo.com

5. Richard "Rick" Morsette (Board Member): morsette@cct.rockyboy.org ricky@cct.rockyboy.org

6. Chance Houle (Board Member): johnchance@cct.rockyboy.org;johnchance@mail.rockyboy.org; c_houle@cct.rockyboy.org; twrdchair@yahoo.com

7. Jake Parker (Board Member): jake@cct.rockyboy.org; jake@mail.rockyboy.org;

8. Tony Belcourt (Board Member): tony@plaingreenllc.com; tbelcourt@cct.rockyboy.org; tbelcourt@mail.rockyboy.org; tbelcourt@hotmail.com

9. James Eastlick, Jr.: jeastlick@rbclinic.org; jim@rbclinic.rockyboy.org; jseastlick@msn.com

10. Tim Rosette (Board Member): trosette@rbclinic.org

11. Bruce Sunchild (Board Member): bsunchild@yahoo.com

12. Dustin Whitford (Board Member): dustinwhitford@yahoo.com

13. Theordore "Ted"Whitford (Board Member): tedewhitford@hotmail.com

14. Joseph LaFromboise, Jr. (Board Member): bearpawjoe@yahoo.com

15. TimothyMcInerney (Board Member): tim.mcinerney@fib.com; timbo.mcinerney@gmail.com

16. Bruce Sunchild (Board Member): bsunchild@yahoo.com

17. Donovan Stump (Board Member): donovinstump@yahoo.com

18. Gerald Small (Board Member): gerald_small@yahoo.com

19. janice@cct.rockyboy.org

20. Richard Sangrey: richard@mail.rockyboy.org

21. Bobbi Favel (Accounting): bobbif@plaingreenllc.com

22. Kelly Ahenakew (Accounting): kelly@plaingreenllc.com

23. Marquieta Jilot (Accounting): marquieta@plaingreenllc.com

24. Nicole LaMere (Accounting): nicolel@plaingreenllc.com

25. Neal Rosette, Jr.: nealjr@plaingreenllc.com

26. jennifer@plaingreenllc.com

27. Christine Jilot: chrisjilot@plaingreenllc.com

28. Clyde Brown: clydebrown@plaingreenllc.com

29. Harlen Baker: cree_talker@yahoo.com

30. Paul Pratt: ppratt@omatopia.com

31. Grady Reynolds: greynolds@barreymgmt.com

32. Linda Callnin: Think Finance, Inc.
lcallnin@thinkfinance.com

33. Virginia Chapa: Think Finance, Inc.
vchapa@thinkfinance.com

34. Sarah Cutrona: Think Finance, Inc.
scutrona@thinkfinance.com

35. K. Doherty: Think Finance, Inc.
kdoherty@thinkfinance.com

36. David Gentry: Think Finance, Inc.
dgentry@thinkfinance.com

37. Jason Harvison: Think Finance, Inc.
jharvison@thinkfinance.com

38. Chris Lutes: Think Finance, Inc.
clutes@thinkfinance.com

39. Angela McQuien: Think Finance, Inc.
amcquien@thinkfinance.com

40. Jay Dubow: Pepper Hamilton
dubowj@pepperlaw.com

41. Richard Eckman: Pepper Hamilton
eckmanr@pepperlaw.com

42. Derek E. Hines: Pepper Hamilton
hinesd@pepperlaw.com

43. Christina O. Hud: Pepper Hamilton
christinao@pepperlaw.com

44. Richard Zack: Pepper Hamilton
zackr@pepperlaw.com

45. Aaron D. Ford: Snell & Wilmer
aford@swlaw.com

46. Karl O. Riley: Snell & Wilmer
kriley@swlaw.com

47. Kevin S. Brown: Paoli and Brown
kevin@paolibrown.com

The Tribe does not need to produce communications that were sent directly to the Defendants.

3. The Tribe shall deliver copies of such records to counsel for the Defendants on or before February 24, 2017.

4. Defendants shall pay the costs of copying the documents responsive to the subpoena, not to exceed eight cents per page ($0.08/page). In the alternative to copying costs, counsel for the Defendants can provide a USB or external drive to counsel for the Tribe and pay a fee of $.04 per page scanned and uploaded to the drive.

DATED this 21st day of February 2017.

_____
John Johnston
United States Magistrate Judge