UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-19-GF-BMM |
| Plaintiff, | |
| v. | **PROTECTIVE ORDER** |
| ENCORE SERVICES, LLC, ZACHARY BROOKE ROBERTS, MARTIN GASPER MAZZARA, and RICHARD LEE BROOME | |
| Defendants. | |

This Court having granted Defendants' Joint Unopposed Motion to Unseal all Court Records, Filings, and Transcripts related to the alleged Co-conspirators in this case, now enters the following Protective Order related to said materials.

IT IS HEREBY Ordered that pursuant to Criminal Local Rule 16.4, and to prevent disclosure of evidence to the public, IT IS HEREBY ORDERED that the defendants, counsel of record, and the counsel's assistants, as hereafter defined, shall not disclose the substance of any unsealed records/filings/transcripts related to the following alleged co-conspirators in this matter unless such material is already a matter of public record, without prior approval of this Court:

1. Neal Rosette;

2. Billi Anne Morsette;

3. John Chance Houle;

4. Anthony "Tony" Belcourt;

5. Bruce Sunchild;

6. Shad Huston;

7. James Eastlick, Jr.

This protective order also includes, but is not limited to, any sentencing memorandums for said individuals that were filed under seal, and any proceedings which were transcribed under seal as well. In addition, this protective order also applies to any 5K1 motions that were filed under seal for the above stated individuals.

IT IS FURTHER ORDERED that when disclosing information that is of a sensitive nature because it contains personal information, personal identifiers, or financial information, a party may make the disclosure subject to protections contained in Local Rule 16.4 by including with the disclosure a written notice explicitly referencing this rule and setting forth the reasons why such protections are warranted. Upon disclosure the party must include the designation "SENSITIVE MATERIAL - SUBJECT TO L.R. CR 16.4."

///

IT IS FURTHER ORDERED that upon written notice and designation of sensitive material in accordance with this rule, the following restrictions shall apply to the designated material: Access to documents shall be limited to:

 (A) attorneys representing the defendant or the government; (B) expert witnesses whose review of the material is necessary for the presentation of the party's case; (C) such law clerks, investigative agents, paralegals, and secretaries employed by defendant or the government, whose review of the material is required for the preparation and presentation of the party's case; and (D) the defendant. Documents shall not be left in the defendant's possession without defense counsel present.

IT IS FURTHER ORDERED that documents shall be used in connection with a matter pending before this court and for no other purpose. Attorneys shall expressly advise every authorized person who reviews the documents as to this limitation on lawful use.

IT IS FURTHER ORDERED that said materials can be used for further motions and for use at trial including, but not limited to, for cross-examination purposes.

///

IT IS FURTHER ORDERED that it shall be the responsibility of the attorneys of record in this action to employ, consistent with this rule, reasonable measures to control duplication of, access to, and distribution of the documents.

DATED this 6th day of March, 2017.

_____
Brian Morris
United States District Court Judge