# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ENCORE SERVICES, LLC, ZACHARY BROOKE ROBERTS, MARTIN GASPER MAZZARA, and RICHARD LEE BROOME <br><br> Defendants. | Case No. CR 16-19-GF-BMM <br><br> **ORDER** |

Defendants filed a Renewed Motion for an Order to Show Cause as to why the Chippewa Cree Tribe should not be held in contempt of court arguing that the Tribe did not comply with the Court's April 3, 2017 Order (Doc. 210) requiring the Tribe to disclose information regarding its production of documents in a prior civil action. (Doc. 219.) The Court conducted a hearing on the motion on April 18, 2017. (Doc. 229.)

For good cause shown the Court issues the following order:

1. Defendant's renewed motion is **GRANTED**.

2. The Chippewa Cree Tribe must appear before United States District Judge Brian Morris on **Thursday, April 27, 2017, at 11:00 a.m.** and show cause as to why the Tribe should not be held in contempt of court.

3. The Chippewa Cree Tribe must file an amended declaration with the Court no later than April 24, 2017 at 12:00 p.m. The amended declaration must comply with the Court's April 3, 2017 Order (Doc. 210) and must also include clarification as to whether Pepper Hamilton is in possession of computers, hard drives, or other discovery information belonging to the Tribe.

4. The Chippewa Cree Tribe must provide the allegedly privileged materials identified in Exhibit 2 to Defendant's renewed motion to the Court no later than April 19, 2017, at 9:00 a.m. so the Court can conduct an *in camera* review of the documents.

DATED this 18th day of April 2017.

John Johnston
United States Magistrate Judge