# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENCORE SERVICES, LLC, ZACHARY BROOKE ROBERTS, MARTIN GASPER MAZZARA, and RICHARD LEE BROOME<br><br>　　　　Defendants. | Case No. CR 16-19-GF-BMM<br><br>**ORDER** |

On March 15, 2017, the Court ordered Robin Kovash, counsel for the Chippewa Cree Tribe, to deliver to the Clerk of Court documents he claimed were privileged so the Court could conduct an *in camera* review of the documents. (Doc. 178.) On March 29, 2017, Mr. Kovash delivered to the Clerk of Court documents he claimed were protected by the attorney-client privilege as well as documents he claimed were not privileged. (Doc. 204.) The Court ordered the Clerk of Court to

return the non-privileged documents to Mr. Kovash to produce to the defendants directly. (Doc. 211.) The Court then reviewed the documents Mr. Kovash claimed were privileged. The Court has completed its review and determined that some of the documents are not protected by the attorney-client privilege. The documents the Court determined are privileged will be filed under seal as exhibit 1 and will not be viewable to either party. The documents the Court determined are not privileged will be filed under seal as exhibit 2 and only viewable by the defendants.

Based on the above, the Court issues the following order:

1. The Clerk of Court must file the privileged documents under seal as exhibit 1 so that they are not viewable by either party.

2. The Clerk of Court must file the unprivileged documents as exhibit 2 so that they are viewable only by the defendants.

3. No ruling on the admissibility at trail of any of the unprivileged documents is intended by this Order.

DATED this 18th day of April 2017.

John Johnston
United States Magistrate Judge