IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-19-GF–BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| NEAL PAUL ROSETTE, | |
| Defendant. | |

Upon previous determination by this Court that the Defendant is financially unable to obtain counsel, and counsel was previously appointed from the Criminal Justice Act Panel;

**IT IS HEREBY ORDERED** that the Attorney below, a member of the CJA Panel of this District, is appointed to represent the Defendant at every stage of the proceedings from the date of this Order through disposition, including ancillary matters appropriate to the proceedings.

Name:     Paul Gallardo, Esq.
              Flaherty Law Office
Address:  P.O. Box 1968
              Great Falls, MT 59403
Telephone: (406) 727-8494

**IT IS FURTHER ORDERED** that the Defendant shall pay the sum of -0- DOLLARS ($-0-) per month to the Clerk of Court for defense costs in this matter,

pursuant to 18 U.S.C. § 3006A(f). The first payment of $-0- shall be made on or before N/A, and each subsequent payment shall be made on or before the N/A day of each month, during the pendency of this case. If, during the pendency of this matter, the Defendant's financial condition changes, the Defendant may petition the Court for a reduction in the defense costs in this matter.

Also pursuant to 18 U.S.C. § 3006, if investigation reveals that the Defendant owns or has control over assets not disclosed herein, the Defendant will be required to reimburse the United States for all or part of the defense costs expended in his behalf.

DATED this 19th day of April, 2017.

_____
Brian Morris
United States District Court Judge