IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-16-19-GF-BMM |
| Plaintiff, | |
| v. | **ORDER** |
| ENCORE SERVICES, LLC, ZACHARY BROOKE ROBERTS, MARTIN GASPER MAZZARA, and RICHARD LEE BROOME | |
| Defendants. | |

On April 19, 2017 the Court received for an *in camera* review a privilege log and the three documents identified in the privilege log, (Doc. 234.)  **IT IS HEREBY ORDERED** that the Non-Party Chippewa Cree Tribe must provide to the Court for an *in camera* review these same documents with the redactions exactly as they were previously produced in Case No. CV-14-63-GF-BMM by **5:00 p.m. MST on April 20, 2017**.

DATED this 20th day of April, 2017.

John Johnston
United States Magistrate Judge