IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ENCORE SERVICES, LLC, Defendant. | CR-16-19-GF-BMM ORDER |

Upon the motion of the United States, and for good cause shown,

IT IS ORDERED that Counts II-IV of the Second Superseding Indictment, the Superseding Indictment, and the Indictment against Encore Services, LLC, are dismissed.

DATED this 28th day of August, 2017.

_____
Brian Morris
United States District Court Judge