# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-19-GF-BMM |
| Plaintiff, | |
| v. | **ORDER** |
| MARTIN GASPER MAZZARA, ZACHARY BROOKE ROBERTS, et al., | |
| Defendants. | |

The court, having reviewed Defendants' Unopposed Joint Motion to Approve Mediation Term Sheet and Confirm that the Criminal Restitution be Deemed Satisfied, the United States having no objection thereto, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that said Motion (Doc. 379) is GRANTED.

**IT IS FURTHER ORDERED** that the Binding Mediation Term Sheet is hereby approved.

**IT IS FURTHER ORDERED** that that upon the Nevada Bankruptcy Court's approval of the Binding Mediation Term Sheet, and release of the payment

to the Tribe Parties as set forth in the Binding Mediation Term Sheet, Mr. Mazzara's and Mr. Roberts' restitution obligations in this case shall be deemed satisfied, and they shall not be individually liable for any further restitution in this case.

**IT IS SO ORDERED.**

DATED this 30th day of December, 2019.

_____
Brian Morris
United States District Court Judge